IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02413-WYD-MEH

MICHAEL PEIL,

    Plaintiff,

v.

UAL CORPORATION, a Delaware Corporation; and
UNITED AIR LINES, INC., a Delaware Corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant UAL Corporation's Motion to Dismiss [Docket #10], filed March 19, 2007, is stricken with leave to refile as a motion for summary judgment or as a motion to dismiss without the attached matters outside the pleading.  Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment.  Fed.R.Civ.P. 12(b); <u>Lucero v. Gunther</u>, 52 F.3d 874, 877 (10th Cir. 1995).

Dated: March 20, 2007