IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02413-WYD-MEH

MICHAEL PEIL,

     Plaintiff,

v.

UAL CORPORATION, a Delaware Corporation; and
UNITED AIR LINES, INC., a Delaware Corporation,

     Defendants.

---

### ORDER

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal

with Prejudice filed April 6, 2007.  The parties seek therein to dismiss UAL Corporation

from the case.  The Court, having reviewed the Stipulation and being fully advised in

the premises,

ORDERS that UAL Corporation is **DISMISSED WITH PREJUDICE**, with each

party to pay his or its own costs, attorney fees and expenses.  UAL Corporation shall

hereafter be taken off the caption.

     Dated:  April 10, 2007

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge