IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02413-WYD-MEH

MICHAEL PEIL,

     Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2007.**

     Based upon the parties' agreement, and the entire record herein, Defendant's Unopposed Motion for Entry of Protective Order [Filed June 15, 2007; Docket #23] is **granted**. The Court will sign the Protective Order and enter it on the record.