IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02413-WYD-MEH

MICHAEL PEIL,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware Corporation,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file. I have developed a personal association through several organizations with Mr. David Powell, counsel for the Defendant. For this reason, I believe that it would be inappropriate for me to continue to preside over this case. Accordingly, I should recuse myself. Additionally, when the case is reassigned, the parties should contact the presiding judge to discuss scheduling issues. It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: March 18, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge