IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02413-RPM

MICHAEL PEIL,

                Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware Corporation,

                Defendant.
_____

ORDER
_____

On March 18, 2008, this action was reassigned to this Court. After a review of the files and records, it is

ORDERED that the Order of Reference to Magistrate Judge [2] is vacated and it is

FURTHER ORDERED that the Final Pretrial Order [59], filed on January 7, 2008, is vacated and it is

FURTHER ORDERED that the final trial preparation conference set for August 28, 2008, is vacated and it is

FURTHER ORDERED that the jury trial set for September 8, 2008, is vacated. It is anticipated that oral arguments will be heard on the motion for summary judgment.

DATED: March 27th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge