IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                  August 22, 2008
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Valeri Barnes

_____

Civil Action No. 06-cv-02413-RPM

MICHAEL PEIL,                                           Jeanette Snodgrass

     Plaintiff,

v.

UNITED AIRLINES, INC.,                                  Matthew B. Finnigan
                                                        David D. Powell, Jr.

     Defendant.

_____

## COURTROOM MINUTES
_____

**Hearing on Defendant's Motion for Summary Judgment**

**2:02 p.m.      Court in session.**

Plaintiff present.

Court's preliminary remarks and its summary of case facts.

2:11 p.m.      Argument by Mr. Finnigan.

2:20 p.m.      Argument by Ms. Snodgrass.

Court's findings of fact and conclusions of law stated on record.

**ORDERED:    Defendant's Motion for Summary Judgment, filed October 8, 2007 [34], is denied.
Judgment for defendant.
Case dismissed.**

**2:37 p.m.      Court in recess.**

Hearing concluded.  Total time: 35 min.