IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02413-RPM

MICHAEL PEIL,

                Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware Corporation,

        Defendant.

_____

ORDER AMENDING JUDGMENT TO PROVIDE FOR DENIAL OF DEFENDANT'S COSTS
_____

On August 22, 2008, a judgment for the defendant was entered pursuant to this Court's findings and conclusions made orally at the conclusion of the hearing on the defendant's motion for summary judgment on August 22, 2008. The judgment did not include an award of costs to the defendant. On October 3, 2008, defendant filed a motion pursuant to Fed.R.Civ.P. 60(a) to revise the judgment to include an award of costs under Fed.R.Civ.P. 54.1. The failure to include a statement concerning costs to the prevailing party was an oversight. The award of costs to a defendant who prevails by summary judgment is a matter within the Court's discretion. In this case, given the plaintiff's long tenure as an employee of United Air Lines, his health condition which gave rise to his claim under the Americans with Disability Act and the circumstances of his limited employment after leaving that employment, effective May 1, 2005, lead to the conclusion that it would be inequitable to award the defendant statutory costs in this case. Accordingly, it is

ORDERED that the judgment entered on August 22, 2008, is amended to provide that no costs are award to the defendant.

DATED: October 6th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge